IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WINDELL SINGLETON AND LINDA WILLIAMS,<br><br>     Plaintiffs,<br><br>v.<br><br>MCLANE COMPANY, INC., TRANSCO, INC., ACE AMERICAN INSURANCE COMPANY AND ERIC LEAVIGNE,<br><br>     Defendants. | CIVIL ACTION FILE NUMBER |

**DEFENDANTS' NOTICE OF REMOVAL**

1.

Plaintiffs Windell Singleton and Linda Williams filed civil action file number STCV1802001 in the State Court of Chatham County, Georgia against Defendants McLane Company, Inc., Transco, Inc., Ace American Insurance Company, and Eric Leavigne.  Copies of the applicable Summons and Complaint are attached as Exhibit "A" and the Defendants Answer is attached as Exhibit "B."

2.

Plaintiffs Singleton and Williams were citizens and residents Georgia when they filed the Complaint.

3.

Defendant McLane Company, Inc. was a Texas corporation with its principal plaace of business in Texas when the Plaintiffs filed the Complaint.

4.

Defendant Transco, Inc. was a Nevada corporation with its principal place of business in Texas when the Plaintiffs filed the Complaint.

5.

Defendant Ace American Insurance Company was a Pennsylvania corporation with its principal place of business in Pennsylvania when the Plaintiffs filed the Complaint.

6.

Defendant Eric Leavigne was a citizen and resident of Alabama when the Plaintiffs filed the Complaint.

7.

There is a complete diversity of citizenship.

8.

Plaintiff Singleton claims medical expenses in excess of $45,000.00 and injuries to his neck, low back, and left shoulder. He had lumbar injections and laminectomy surgery at L3-4 with bilateral foraminotomies March 23, 2018 and he

demanded $500,000.00 to settle by letter dated August 3, 2018 (copy attached as Exhibit "C").

9.

Plaintiff Williams claims medical expenses totaling $33,864.64 and injuries to her neck, low back, right rotator cuff, and a left shin ulcer requiring extensive wound care. She demanded $350,000.00 to settle by letter dated January 18, 2018 (copy attached as Exhibit "D.")

10.

The amount in controversy exclusive of interest and costs exceeds $75,000.00.

11.

This civil action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) and (b). In accordance with 28 U.S.C. § 1332(a), there exists complete diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy, exclusive of interest and cost, exceeds the sum of $75,000 for each Plaintiff.

12.

The Defendants consent to the removal of this case.

13.

The Defendants give notice pursuant to 28 U.S.C. § 1446 and Fed. R. Civ. P. 11 of the removal of this action to this Court

within thirty days after service and receipt of a copy of the Complaint filed in the State Court of Chatham County, Georgia, from which it may be ascertained the case is one which is and/or has become removable.

                                          DENNIS, CORRY, SMITH & DIXON, LLP

                                          /s/ *Grant B. Smith*
                                          GRANT B. SMITH, ESQ.
                                          Georgia bar number  658345
                                          For the Firm
                                          Attorneys for Defendant

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia  30339
(404) 926-3658
Gbs@dcplaw.com

**CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

```
C. Joel Osteen, Esq.
Osteen Law Group
101 Fraser Street
P.O. Box 1309
Hinesville, GA  31310
```

I also mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

This 5th day of February, 2019.

> By: /s/ *Grant B. Smith*
> GRANT B. SMITH, ESQ.
> For the Firm

2491-13126(GBS)