EXHIBIT "A"

# In The State Court of Chatham County

MAILING ADDRESS: P.O. BOX 9927, SAVANNAH, GEORGIA 31412

133 Montgomery Street, Suite 501

www.statecourt.org • Phone (912) 652-7224 • FAX (912) 652-7229 • clerk@statecourt.org

**Plaintiff:** Windell Singleton and Linda Williams

**Case Number:** STCV1802001

Vs

**Defendant:** McLane Company, INC, Transco, INC, ACE American Insurance Comapny, and Eric Leavigne

**Address of Defendant:**
McLane Company, INC.
4747 McLane Parkway
Temple, Texas 76503

2018 DEC 17 PM 2:39

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: McLane Company, INC

Defendant's Address: 4747 McLane Parkway, Temple Texas 76503

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

C. Joel Osteen
Osteen Law Group, LLC
P.O. Box 1309
Hinesville, Georgia 31310

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This 17 day of Dec, 2018

Brian K. Hart
**CLERK OF COURT**
**State Court of Chatham County**

Deputy Clerk, State Court of Chatham County

Not valid until signed and sealed by a Deputy Court Clerk



27. Summons 09-05

# In The State Court of Chatham County

MAILING ADDRESS: P.O. BOX 9927,    SAVANNAH, GEORGIA  31412

133 Montgomery Street, Suite 501

www.statecourt.org  •  Phone (912) 652-7224  •  FAX (912) 652-7229  •  clerk@statecourt.org

**Plaintiff:** Windell Singleton and Linda Williams

**Case Number:** STCV1802001

Vs

**Defendant:** McLane Company, INC, Transco, INC, ACE American Insurance Comapny, and Eric Leavigne

**Address of Defendant:**
TRANSCO, INC.
4747 McLane Parkway
Temple, Texas 76503

2018 DEC 17 PM 2: 39

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: TRANSCO, INC

Defendant's Address: 4747 McLane Parkway, Temple Texas 76503

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

C. Joel Osteen
Osteen Law Group, LLC
P.O. Box 1309
Hinesville, Georgia 31310

an answer to the complaint which is herewith served upon you, within **30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This 17 day of Dec, 2018

_____
Deputy Clerk, State Court of Chatham County

Brian K. Hart
**CLERK OF COURT**
*State Court of Chatham County*

Not valid unless signed and sealed by a Deputy Court Clerk

27. Summons 09-05



# In The State Court of Chatham County

MAILING ADDRESS: P.O. BOX 9927,   SAVANNAH, GEORGIA 31412

133 Montgomery Street, Suite 501

www.statecourt.org   •   Phone (912) 652-7224   •   FAX (912) 652-7229   •   clerk@statecourt.org

**Windell Singleton and Linda Williams**

Plaintiff

Case Number: STCV1802001

Vs

**McLane Company, INC, Transco, INC, ACE American Insurance Comapny, and Eric Leavigne**

Address of Defendant:
ACE American Insurance Company
436 Walnut Street
Philadelphia, Pennsylvania 19106

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: ACE American Insurance Company

Defendant's Address: 436 Walnut Street, Philadelphia, Pennsylvania 19106

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

C. Joel Osteen
Osteen Law Group, LLC
P.O. Box 1309
Hinesville, Georgia 31310

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This 17 day of Dec, 2018

Brian K. Hart
**CLERK OF COURT**
**State Court of Chatham County**

Deputy Clerk, State Court of Chatham County

Not valid until signed and sealed by a Deputy Court Clerk

27. Summons 09-05

PRINT



# In The State Court of Chatham County

MAILING ADDRESS: P.O. BOX 9927,    SAVANNAH, GEORGIA 31412

133 Montgomery Street, Suite 501

www.statecourt.org • Phone (912) 652-7224 • FAX (912) 652-7229 • clerk@statecourt.org

Windell Singleton and Linda Williams

**Plaintiff**

Case Number: STCV1802001

Vs

McLane Company, INC, Transco, INC, ACE American Insurance Comapny, and Eric Leavigne

Address of Defendant:
Eric Leavigne
107 Coone Street
Enterprise, Alabama 36330

**Defendant**

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Eric Leavigne

Defendant's Address 107 Coone Street, Enterprise, Alabama 36330

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

C. Joel Osteen
Osteen Law Group, LLC
P.O. Box 1309
Hinesville, Georgia 31310

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This 17 day of Dec, 2018

Brian K. Hart
**CLERK OF COURT**
*State Court of Chatham County*

Deputy Clerk, State Court of Chatham County

Not valid until signed and sealed by a Deputy Court Clerk

27. Summons 09-05

IN THE STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA
2018 DEC 17 PM 2:39

| | |
|---|---|
| WINDELL SINGLETON and<br>LINDA WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>MCLANE COMPANY, INC., TRANSCO, INC.,<br>ACE AMERICAN INSURANCE COMPANY<br>and ERIC LEAVIGNE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: STCV1802001<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

The Complaint of WINDELL SINGLETON (Plaintiff "Singleton") and LINDA WILLIAMS (Plaintiff "Williams"), as the Plaintiffs, and for a cause of action against MCLANE COMPANY, INC, TRANSCO, INC. and ERIC LEAVIGNE, as Defendants, respectfully shows as follows:

### Parties and Jurisdiction

1.

At all times alleged herein, Plaintiff Singleton and Plaintiff Williams were, and remain, citizens and residents of Liberty County, Georgia and are competent in all respects to prosecute the instant action.

2.

Defendant McLane Company, Inc. ("Defendant McLane") is now and was at the time of the claim in which the subject matter of this Complaint arose, a foreign corporation with a principal office address of 4747 McLane Parkway, Temple, Texas 76503-6115, doing business

1

in the State of Georgia and is subject to the jurisdiction and venue of this Court pursuant to the provisions of O.C.G.A.§ 40-1-117 (nonresident motor carrier) and O.C.G.A. § 40-2-510(b)(4) and may be served by serving its Registered Agent, The Corporation Company (FL), 112 North Main Street, Cumming, Georgia 30040.

3.

Defendant Transco, Inc. ("Defendant Transco") is now and was at the time of the claim in which the subject matter of this Complaint arose, a foreign corporation with a principal office address of 4747 McLane Parkway, Temple, Texas 76503-6115, doing business in the State of Georgia and is subject to the jurisdiction and venue of this Court pursuant to the provisions of O.C.G.A.§ 40-1-117 (nonresident motor carrier) and O.C.G.A. § 40-2-510(b)(4) and may be served by serving its Registered Agent, The Corporation Company (FL), 112 North Main Street, Cumming, Georgia 30040.

4.

Defendant Ace American Insurance Company is now and was at the time of the claim in which the subject matter of this Complaint arose, a foreign insurance company doing business in the State of Georgia with a principal office address of 436 Walnut Street, Philadelphia, Pennsylvania 19106, and is subject to the jurisdiction and venue of this Court Pursuant to O.C.G.A. § 33-4-1 and other statutory and decisional authority. Defendant Ace American Insurance Company may be served by serving its Registered Agent, CT Corporation System, 289 S. Culver Street, Lawrenceville, Georgia 30046-4805.

5.

Defendant Eric Leavigne ("Defendant Leavigne") is a resident of the State of Alabama, with an address of 107 Coone Street, Enterprise, Alabama 36330 and is subject to the venue and

2

jurisdiction of this Court under the authority of O.C.G.A § 40-12-3 and may be served by serving the Secretary of State, State of Georgia, as agent, pursuant to O.C.G.A. § 40-12-2.

6.

Defendant McLane is an interstate or intrastate motor carrier and employer of Defendant Leavigne and pursuant to Federal and State laws is responsible for the actions of Defendant Leavigne in regard to the collision described in this Complaint under the doctrines of respondeat superior, lease liability, agency or apparent agency.

7.

Defendant Transco is an interstate or intrastate motor carrier and employer of Defendant Leavigne and pursuant to Federal and State laws is responsible for the actions of Defendant Leavigne in regard to the collision described in this Complaint under the doctrines of respondeat superior, lease liability, agency or apparent agency.

**Background**

8.

On or about February 13, 2017, at or around 3:51 p.m., Plaintiff Singleton was operating a certain 2004 Toyota Avalon stopped in the inside lane at the traffic light exiting Walmart preparing to turn left onto Montgomery Crossroads in Chatham County, Georgia in full compliance with all rules of the road. Plaintiff Williams was a passenger in said vehicle and was seated in the front passenger seat.

9.

At said time and place, Defendant Leavigne was operating a 2015 Volvo Truck (heavy truck less than 10,000 pounds) and towing a semi-trailer stopped in the outside lane at the same

3

traffic light also preparing to turn left onto Montgomery Crossroads in Chatham County, Georgia.

10.

At said time and place, Plaintiff Singleton and Defendant Leavigne negotiated a left turn onto Montgomery Crossroads simultaneously with Defendant Leavigne in the outside lane and Plaintiff Singleton and Plaintiff Williams in the inside lane.

11.

At said time and place, Defendant Leavigne entered Plaintiffs' lane of travel striking the passenger side of Plaintiffs' vehicle.

12.

At said time and place, Plaintiff Singleton was unable to avoid colliding with Defendant Leavigne's trailer rendering Plaintiff Singleton's automobile a total loss and causing physical injuries to the Plaintiffs.

13.

As a direct and proximate result of aforesaid negligence of Defendant Leavigne, for which Defendant McLane and Defendant Transco are vicariously liable, the Plaintiffs sustained painful personal injuries. Plaintiffs sue the Defendants for their personal injuries, their physical and mental pain and suffering to date and for future physical and mental pain and suffering.

### *COUNT I - NEGLIGENCE*

14.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

4

15.

At all times material to this Complaint, Defendant Leavigne had a duty to exercise reasonable care in the inspection and operation of the Tractor-Trailer, and to observe and adhere to all applicable statutes, regulations, and other laws (and the safety requirements and standards of care imposed therein) while involved in the interstate transportation of property.

16.

In doing the things alleged herein, Defendant Leavigne breached his duty to exercise reasonable care and to comply with applicable statutes, regulations, and other laws (and the security requirements and standards of care imposed therein), including, without limitation, the FMCSR and corresponding regulations of the State of Georgia.

17.

Without limiting the generality of paragraph 16 or setting forth an exhaustive listing of those acts and omissions constituting negligence on the part of Defendant Leavigne, Defendant Leavigne was negligent in the following particulars and Plaintiffs' injuries and damages are directly due to and were proximately caused by, individually and jointly with the negligence of the other Defendant as set forth herein, the negligent acts or omissions of Defendant Leavigne to include, but not limited to the following acts of negligence and negligence per se for which Defendants are liable, to wit:

(a) To his failure to maintain his tractor-trailer in his lane of travel and out of the lane occupied by the Plaintiffs;

(b) To his failure to exercise ordinary care under the circumstances;

(c) To his failure to keep a proper lookout of the roadway upon which he was proceeding and his failure to take due observation of the situation confronting him so as to prevent and avoid the wreck with the Plaintiffs' vehicle;

(d) To his negligently, carelessly and recklessly managing said vehicle at said time and place causing the wreck which ensued; and

(e) To his failure to take every, or in fact any, precaution to prevent and avoid said wreck with the Plaintiffs' vehicle.

18.

The negligence of the Defendants as set forth herein is a proximate cause of the collision and the resulting injuries to the Plaintiffs.

19.

Plaintiffs, as members of the travelling public, are within the class of persons the statutes, regulations, and other laws described above are designed to protect, and Plaintiffs' injuries and damages are the type of harm such statutes, regulations, and laws are intended to prevent.

## COUNT II – IMPUTED NEGLIGENCE

20.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 19 above as if fully restated.

21.

In doing all things alleged in this Complaint, Defendant Leavigne was an employee or agent of Defendant McLane and Defendant Transco, acting within the course and scope of said employment or agency and in furtherance of Defendant McLane and Defendant Transco's interstate transportation business.

22.

Without limiting the generality of the forgoing paragraph 21, and based on Plaintiffs information and belief, it is alleged that the Tractor-Trailer being operated by Defendant Leavigne was engaged in interstate commerce on behalf of Defendant McLane and Defendant Transco.

23.

The statutory duties of Defendant McLane and Defendant Transco are non-delegable under the FMCSR and corresponding laws of the State of Georgia, including, without limitation, O.C.G.A. § 51-2-5(4).

24.

Accordingly, Defendant McLane and defendant Transco are liable for the negligent acts and wrongful conduct of Defendant Leavigne through *inter alia* the non-delegable duty rule, statutory employer rule, doctrine of respondeat superior and other theories of vicarious liability.

### *COUNT III – NEGLIGENT HIRING, TRAINING AND SUPERVISION*

25.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 24 above as if fully restated.

26.

Plaintiffs' injuries and damages are directly due to and were proximately caused by, individually and jointly with the negligence of the other Defendants as set forth herein, the negligent acts or omissions of Defendant McLane and defendant Transco, to include, but not limited to the following acts of negligence and negligence per se, to wit:

(a) In failing to employ people knowledgeable about the operation of vehicles they are required to operate;

(b) In failing to properly train Defendant Leavinge to operate said commercial vehicle safely;

(c) In allowing the operation of its vehicles upon the highways of this state by unqualified and untrained employees;

(d) In negligently entrusting its vehicle to a person whom it knew or should have known was neither trained nor qualified to operate said vehicle;

(e) In failing to properly supervise Defendant Leavinge; and

(f) Through all theories of negligence alleged against Defendant Leavgine because said negligent actions are imputed to Defendant McLane.

27.

The negligence of the Defendants as set forth herein is a proximate cause of the collision and the resulting injuries to the Plaintiffs.

### *COUNT IV – DIRECT ACTION*

28.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 27 above as if fully restated.

29.

Defendant Ace American Insurance Company provided public liability insurance to Defendant Transco in satisfaction of the financial responsibility levels imposed by the FMCSR and corresponding State law and is joined directly as a party to this action pursuant to O.C.G.A.§40-1-112 and §40-2-140(d)(2).

8

30.

Defendant Ace American Insurance Company is responsible for any judgment rendered against Defendant Transco or its driver, Defendant Leavinge.

## COUNT V - DAMAGES

31.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 30 above as if fully restated.

32.

As a direct and proximate result of the aforesaid negligence of the Defendants, Plaintiffs suffered painful personal injuries and were required to undergo medical and surgical procedures and will require additional medical attention at great expense and inconvenience in the future. Plaintiffs sue Defendants for the value of their reasonable medical expenses to date and for future medical expenses. Medical expenses to date include, but are not limited to the following:

Plaintiff Singleton

| | | |
|---|---|---|
| 1. | Liberty Regional Medical Center | $5,218.00 |
| 2. | Southland MD | $922.00 |
| 3. | Radiology Associate of Savannah | $461.00 |
| 4. | Coastal Imaging | $2,380.00 |
| 5. | West Rehab | $2,292.00 |
| 6. | Southcoast Health | $1,525.14 |
| 7. | Neurological Institute | $8,495.00 |
| 8. | Wayne Memorial Hospital | $19,808.0 |
| | | Total: $41,101.14 |

Plaintiff Williams

| | | |
|---|---|---|
| 1. | Liberty Regional Medical Center | $2,953.00 |

9

|   |   |   |
|---|---|---|
| 2. | Liberty Regional Medical Center- PT | $3,625.00 |
| 3. | Liberty Family Medicine | $765.00 |
| 4. | Optim Healthcare | $1,167.00 |
| 5. | Savannah Vascular and Cardiac Institute | $7,445.00 |
| 6. | St. Joseph's Wound Care | $22,277.46 |
| 7. | All Ways Feet of Georgia | $445.00 |
| 8. | Southland MD | $586.00 |
| 9. | Radiology Associates of Savannah | $276.00 |
|   |   | Total: $38,898.46 |

33.

Plaintiffs, therefore, because of the negligence of the Defendants as aforesaid, suffered mental and physical pain and suffering and hereby sue the Defendants for their mental and physical pain and suffering, past, present and future, in an amount to be determined by a fair and impartial jury.

34.

Plaintiffs hereby sue the Defendants for all special and general damages allowed by law in an amount to be determined by a fair and impartial jury.

WHEREFORE, Plaintiffs pray for trial by jury of twelve persons, that this Complaint be filed, that process issue, that Summons be served as provided by law, that judgment be entered in favor of the Plaintiffs against the Defendants jointly and severally in an amount to be determined by a fair and impartial jury, that all costs of this action be taxed against the Defendants and that Plaintiff have such further relief as the Court may deem appropriate.

Respectfully submitted this 13th day of December, 2018.

OSTEEN LAW GROUP, LLC

_____
C. Joel Osteen
Attorney for Plaintiff
State Bar No. 555220

Post Office Box 1309
Hinesville, GA  31310
(912) 877-2211

# General Civil Case Filing Information Form (Non-Domestic)

Court
☐ Superior
☒ State

County **Chatham**

Docket # _____

Date Filed **12/13/18**
MM-DD-YYYY

*RECEIVED FOR FILING COURT CLERK CHATHAM CO. GA*
*2018 DEC 17 PM 2:39*

**Plaintiff(s)**

Singleton, Windell
Last / First / Middle I. / Suffix / Prefix / Maiden

Williams, Linda
Last / First / Middle I. / Suffix / Prefix / Maiden

____
Last / First / Middle I. / Suffix / Prefix / Maiden

____
Last / First / Middle I. / Suffix / Prefix / Maiden

No. of Plaintiffs __2__

**Defendant(s)**  *Brian K. Hart*

McLane Company, INC
Last / First / Middle I. / Suffix / Prefix / Maiden

Transco, INC
Last / First / Middle I. / Suffix / Prefix / Maiden

ACE American Insurance Company
Last / First / Middle I. / Suffix / Prefix / Maiden

Leavigne, Eric
Last / First / Middle I. / Suffix / Prefix / Maiden

No. of Defendants __4__

**Plaintiff/Petitioner's Attorney**   ☐ Pro Se

Osteen   C.   Joel
Last / First / Middle I. / Suffix

Bar # **555 220**

### Check Primary Type (Check only ONE)

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☒ Tort (If tort, fill in right column)
☐ Other General Civil Specify _____

### If Tort is Case Type: (Check no more than TWO)

☒ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____

Are Punitive Damages Pleaded? ☐ Yes ☐ No