IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WINDELL SINGLETON AND LINDA WILLIAMS, | |
| Plaintiffs, | |
| v. | CIVIL ACTION FILE NUMBER: 4:19-CV-00027-RSB-CLR |
| MCLANE COMPANY, INC., TRANSCO, INC., ACE AMERICAN INSURANCE COMPANY AND ERIC LEAVIGNE, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

The parties to the above-captioned lawsuit, by and through their counsel of record, notify the Court that a settlement of the above-captioned lawsuit was reached during mediation on December 17, 2019.  The parties are currently in the process of finalizing a settlement agreement/release and expect to file a dismissal with prejudice within 60 to 90 days.

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *Jason S. Stewart*
JASON S. STEWART, ESQ.
Georgia Bar No. 793252
For the Firm
Attorneys for Defendants

-1-

900 Circle 75 Parkway, Suite 1400  
Atlanta, GA 30339  
(404) 926-3675  
(404) 365-0134 Facsimile  
Jstewart@dcplaw.com

        OSTEEN LAW GROUP, LLC

        /s/ *C. Joel Osteen*  
        C. JOEL OSTEEN, ESQ.  
        Georgia Bar No. 555220  
        For the Firm  
        Attorneys for Plaintiffs

P.O. Box 1309  
Hinesville, Georgia 31310  
(912) 877=2211  
(912) 877-2250 Facsimile  
Joel@osteenlaw.com

**CERTIFICATE OF SERVICE**

I electronically filed this **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

C. Joel Osteen, Esq.
Osteen Law Group
101 Fraser Street
P.O. Box 1309
Hinesville, GA 31310

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: **NONE.**

This 2nd day of January, 2020.

/s/ *Jason S. Stewart*
JASON S. STEWART, ESQ.
For the Firm

2491-13126(GBS)