# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

WINDELL SINGLETON and
LINDAWILLIAMS,

        Plaintiffs,

    v.

MCLANE COMPANY, INC.;
TRANSCO,INC.; ACE AMERICAN
INSURANCE COMPANY; and ERIC
LEAVIGNE,

        Defendants.

CIVIL ACTION NO.: 4:19-cv-27

## O R D E R

The Court has been advised by counsel for the parties that the above-captioned case has settled.  (Doc. 14.)  Therefore, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within ninety (90) days of the date of this order, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement.  If the parties fail to file a dismissal judgment as described above, the Court will dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this 17th day of January, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA