IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WINDELL SINGLETON AND LINDA
WILLIAMS,

     Plaintiffs,

v.

MCLANE COMPANY, INC., TRANSCO,
INC., ACE AMERICAN INSURANCE
COMPANY AND ERIC LEAVIGNE,

     Defendants.

CIVIL ACTION FILE
NUMBER:   CV419-27

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above action having been fully compromised and settled,

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned counsel of record, that this action, including all of plaintiff's claims and potential claims, whether or not asserted, is dismissed on the merits and with prejudice, but without costs to any party.

DATED:   January 22, 2020.

*/s/ C. Joel Osteen*
OSTEEN LAW GROUP, LLC
Counsel for Plaintiffs
Georgia Bar No.: 555220
P.O. Box 1309
Hinesville, Georgia 31310
(912) 877-2211

[ Stipulation for Dismissal with Prejudice – Civil Action No.:CV419-27 ]

_/s/ Jason S. Stewart_
DENNIS CORRY SMITH & DIXON, LLP
Counsel for Defendants
Georgia Bar No.: 793252
900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3675