## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| WINDELL SINGLETON; and LINDA WILLIAMS, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:19-cv-27 |
| v. | |
| MCLANE COMPANY, INC.; TRANSCO, INC.; ACE AMERICAN INSURANCE COMPANY; and ERIC LEAVIGNE, | |
| Defendants. | |

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action with prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 12th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA